**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 03-6820**

─────────

UNITED STATES OF AMERICA,

                                  Plaintiff - Appellee,

      versus

CORNELIUS KOLLOCK,

                                  Defendant - Appellant.

─────────

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Malcolm J. Howard, District Judge. (CR-00-158, CA-02-103)

─────────

Submitted: July 15, 2003           Decided: August 6, 2003

─────────

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Cornelius Kollock, Appellant Pro Se. Anna Mills Wagoner, United States Attorney, Greensboro, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cornelius Kollock seeks to appeal the district court's order and judgment adopting the magistrate judge's report and recommendation and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken to this court from the final order in a proceeding under § 2255 unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000); see <u>Miller-El v. Cockrell</u>, 537 U.S. 322 (2003). We have independently reviewed the record and conclude that Kollock has not satisfied that standard. Accordingly, we deny a certificate of appealability and dismiss the appeal. <u>See</u> 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2